UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUIZ, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br><br>   v.<br><br>AFFINITY LOGISTICS CORPORATION,<br><br>                                      Defendant. | Civil No.   05cv2125 LAB (CAB)<br><br>**ORDER REGARDING DEFENDANT'S REQUEST TO EXTEND THE DEADLINE FOR FILING ITS EXPERT WITNESS REPORT** |

      On September 28, 2007, Defendant submitted a letter brief to this Court requesting to extend the deadline for serving its expert witness report from September 28, 2007, to October 15, 2007. Defendant claimed its expert witness needed more time to review Plaintiff's deposition transcript, which the expert witness received on September 27, 2007.

      Plaintiff submitted an opposition to Defendant's request on October 2, 2007. Plaintiff argued it needed Defendant's expert witness report in order to prepare its motion for class certification, which must be submitted by October 12, 2007. Plaintiff also claimed Defendant did not need the deposition transcript in order to complete its expert report because all of the employment records used to analyze Plaintiff's damages were already in Defendant's possession. Finally, Plaintiff noted that Defendant has had Plaintiff's expert witness report since July 17, 2007, and that Defendant had previously been granted an extension to file its expert witness report when this Court issued its Second Revised Case Management Order on September 4, 2007.

     Having considered the submissions of the parties, Defendant's motion is **DENIED**. Defendant is HEREBY ORDERED to produce its expert witness report **no later than October 9, 2007**. The hearing on Defendant's motion that was scheduled for October 9, 2007, is VACATED.

     **IT IS SO ORDERED**.

DATED: October 4, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge