# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Fernando Ruiz

               V.

Affinity Logistics Corporation

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 05cv2125 JLS (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby finds that Plaintiffs have not met their burden of establishing that Plaintiffs were misclassified as independent contractors. The Court finds in favor of Defendant.

| March 22, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/M. Zvers |
|  | (By) Deputy Clerk |
|  | ENTERED ON March 22, 2010 |