# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Fernando Ruiz

              V.                              **JUDGMENT IN A CIVIL CASE**

Affinity Logistics Corporation

                                               CASE NUMBER:    05cv2125-JLS-KSC

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the MEMORANDUM DECISION AND ORDER Following Remand Finding Plaintiff and Absent Class Members Properly Classified as Independent Contractors. The Court Finds in Favor of Defendant.

| August 27, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ J. Ortiz |
| | (By) Deputy Clerk |
| | ENTERED ON August 27, 2012 |