# Exhibit J
# To Hanson Declaration

# Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: James H Hanson Esq
Scopelitis Garvin
10 West Market Street
Suite 1500
Indianapolis, IN 46204

Invoice #: NC52024
Invoice Date: 12/02/2008
Balance Due: $ 0.00
Your Job #: 25,899
Case #: 3:05-CV-2125JLS/CAB

Case: Fernando Ruiz v. Affinity Logistics Corp
Job #: 34554 | Job Date: 11/22/2008 | Delivery: Expedited
Billing Atty: James H Hanson Esq
Location: International Practice Group
1350 Columbia Street | Suite 500 | San Diego, CA 92101
Sched Atty: James H Hanson Esq

2 day

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Oscar Reyes | Transcript - Original & 1 copy | Page | 132.00 | $10.90 | $1,438.80 |
| 2 | | Exhibits | Per page | 50.00 | $0.30 | $15.00 |
| 3 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 4 | | Condensed | | 1.00 | $25.00 | $25.00 |
| 5 | | Expenses - parking fees | | 1.00 | $5.00 | $5.00 |
| 6 | | Waiting time | Per hour | 1.75 | $60.00 | $105.00 |
| 7 | Jesus Guzman | Transcript - Original & 1 copy | Page | 111.00 | $10.90 | $1,209.90 |
| 8 | | Exhibits | Per page | 49.00 | $0.30 | $14.70 |
| 9 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 10 | | Attendance Fee (appearance) | 1 | 1.00 | $140.00 | $140.00 |
| 11 | | Attendance Fee (appearance) | 1 | 1.00 | $140.00 | $140.00 |
| 12 | Gabriel Mejia | Transcript - Original & 1 copy | Page | 130.00 | $10.90 | $1,417.00 |

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC52024
Job #: 34554
Invoice Date: 12/02/2008
Balance : $ 0.00

# Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: James H Hanson Esq
Scopelitis Garvin
10 West Market Street
Suite 1500
Indianapolis, IN 46204

Invoice #: NC52024
Invoice Date: 12/02/2008
Balance Due: $ 0.00
Your Job # 25,899
Case #: 3:05-CV-2125JLS/CAB

Case: Fernando Ruiz v. Affinity Logistics Corp
Job #: 34554 | Job Date: 11/22/2008 | Delivery: Expedited
Billing Atty: James H Hanson Esq
Location: International Practice Group
1350 Columbia Street | Suite 500 | San Diego, CA 92101
Sched Atty: James H Hanson Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 13 | Gabriel Mejia | Exhibits | Per page | 46.00 | $0.30 | $13.80 |
| 14 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 15 | | CD Burn | Per CD | 1.00 | $75.00 | $75.00 |
| 16 | | Attendance Fee (appearance) | 1 | 1.00 | $140.00 | $140.00 |

Notes:

Invoice Total: $4,784.20
Payment: ($4,784.20)
Credits:
Balance Due: $0.00

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC52024
Job #: 34554
Invoice Date: 12/02/2008
Balance : $ 0.00

# Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** James H Hanson Esq
Soopelitis Garvin
10 West Market Street
Suite 1500
Indianapolis, IN 46204

**Invoice #:** NC52023
**Invoice Date:** 12/02/2008
**Balance Due:** $ 0.00
**Your Job #** 25,898
**Case #:** 3:05-CV-2125JLS/CAB

**Case:** Fernando Ruiz v. Affinity Logistics Corp
**Job #:** 34553 | **Job Date:** 11/21/2008 | **Delivery:** Expedited
**Billing Atty:** James H Hanson Esq
**Location:** International Practice Group
1350 Columbia Street | Suite 500 | San Diego, CA 92101
**Sched Atty:** James H Hanson Esq

2-day

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sergio Hernandez | Transcript - Original & 1 copy | Page | 95.00 | $12.12 | $1,151.40 |
| 2 | | Exhibits | Per page | 61.00 | $0.30 | $18.30 |
| 3 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Attendance Fee (appearance) | 1 | 2.25 | $70.00 | $157.50 |
| 6 | Jesus Toledo | Transcript - Original & 1 copy | Page | 152.00 | $10.90 | $1,656.80 |
| 7 | | Exhibits | Per page | 72.00 | $0.30 | $21.60 |
| 8 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 9 | | Attendance Fee (appearance) | 1 | 3.00 | $50.00 | $150.00 |
| 10 | | Expenses - parking fees | | 1.00 | $14.00 | $14.00 |
| 11 | Alfonso Sanchez | Transcript - Original & 1 copy | Page | 147.00 | $10.90 | $1,602.30 |
| 12 | | Exhibits | Per page | 89.00 | $0.30 | $26.70 |

**Make check payable to:** National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Please remit payment to:**
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC52023
**Job #:** 34553
**Invoice Date:** 12/02/2008
**Balance :** $ 0.00

Page 1 of 2

Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: James H Hanson Esq
Scopelitis Garvin
10 West Market Street
Suite 1500
Indianapolis, IN 46204

Invoice #: NC62023
Invoice Date: 12/02/2008
Balance Due: $ 0.00
Your Job # 25,898
Case #: 3:05-CV-2125JLS/CAB

Case: Fernando Ruiz v. Affinity Logistics Corp
Job #: 34553 | Job Date: 11/21/2008 | Delivery: Expedited
Billing Atty: James H Hanson Esq
Location: International Practice Group
1350 Columbia Street | Suite 500 | San Diego, CA 92101
Sched Atty: James H Hanson Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 13 | Alfonso Sanchez | Exhibit - color copying | Per page | 1.00 | $1.75 | $1.75 |
| 14 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 15 | | Attendance Fee (appearance) | 1 | 3.25 | $50.00 | $162.50 |
| 16 | | Delivery | Package | 1.00 | $90.00 | $90.00 |

Notes:

Invoice Total: $5,197.85
Payment: ($5,197.85)
Credits:
Balance Due: $0.00

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC52023
Job #: 34553
Invoice Date: 12/02/2008
Balance : $ 0.00

Huseby, Inc Atlanta
An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

BILL TO: James H Hanson Esq
Scopelitis Garvin
10 West Market Street
Suite 1500
Indianapolis, IN 46204

Invoice #: NC29225
Invoice Date: 09/26/2007
Balance Due: $ 0.00

Case #: 05CV2132R

Case: Fernando Ruiz v. Affinity Logistics Corp
Job #: 19783 | Job Date: 9/19/2007 | Delivery: Expedited
Billing Atty: James H Hanson Esq
Location: Shulman Hodges & Bastain
3750 University Avenue | Suite 670 | Riverside, CA 92501
Sched Atty: James H Hanson Esq

4-day

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Fernando Ruiz | Transcript - Original & 1 copy | Page | 279.00 | $9.75 | $2,720.25 |
| 2 | | Attendance - Full Day | | 1.00 | $125.00 | $125.00 |
| 3 | | Exhibits | Per page | 311.00 | $0.30 | $93.30 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Waiting time | Per hour | 1.00 | $50.00 | $50.00 |
| 8 | | Expenses - parking fees | | 1.00 | $8.00 | $8.00 |

Notes:

Invoice Total: $3,126.55
Payment: ($3,126.55)
Credits:
Balance Due: $0.00

Fed. Tax ID: 20-3132569   Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #_____ Exp. Date_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC29225
Job #: 19783
Invoice Date: 09/26/2007
Balance : $ 0.00

Page 1 of 1