# EXHIBIT C



# Huseby, Inc Atlanta

An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

**Bill To:** Daniel A Osborn Esq
Beatie & Osborn
521 Fifth Avenue
New York, NY 10175

**Invoice #:** NC29226
**Invoice Date:** 09/26/2007
**Balance Due:** $ 1,269.55

**Case #:** 05CV2132R

**Case:** Fernando Ruiz v. Affinity Logistics Corp
**Job #:** 19783 | Job Date: 9/19/2007 | Delivery: Normal
**Billing Atty:** Daniel A Osborn Esq
**Location:** Shulman Hodges & Bastain
3750 University Avenue | Suite 670 | Riverside, CA 92501

| Item | Witness | Description | Amount |
|------|---------|-------------|--------|
| 1 | Fernando Ruiz | Copy | $1,269.55 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,269.55 |
| Payment: | |
| Credits: | |

Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt

**Balance Due:** $1,269.55

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

PAID
DEC 1 0 2007
Ck# 103810

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC29226
**Job #:** 19783
**Invoice Date:** 09/26/2007

**Balance :** $ 1,269.55

BEATIE AND OSBORN LLP
521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

CITIBANK
CITIBANK, N.A.
460 PARK AVENUE
NEW YORK, NY 10022

1-8
210   009

103810

PAY **ONE THOUSAND TWO HUNDRED SIXTY-NINE AND 55 / 100

| AMOUNT | DATE |
|---|---|
| $1,269.55 | 12/10/2007 |

TO THE
ORDER
OF

NATIONAL DEPO
P.O. BOX 404743
ATLANTA          GA  30384-4743

⑈103810⑈ ⑆021000089⑆ 24631923⑈

*(signature)* Russell W. Beatie

---

BEATIE AND OSBORN LLP    521 FIFTH AVENUE, 34th FLOOR    NEW YORK, NEW YORK 10175    CHECK No. - 001103810   103810

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| NC29226 | 9/26/2007 | NATIONAL DEPO | DEPOSITION TRANSCRIPT OF FERNANDO RUIZ ON 9/19/07 | 1,269.55 |

5251. 0001

# Huseby, Inc  Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Adrianne Leven Esq
Beatie & Osborn
521 Fifth Avenue
New York, NY 10175

| | |
|---|---|
| Invoice #: | NC52464 |
| Invoice Date: | 12/08/2008 |
| Balance Due: | $ 1,404.30 |
| Your Job # | 25,898 |
| Case  #: | 3:05-CV-2125JLS/CAB |

Case: Fernando Ruiz v. Affinity Logistics Corp
Job #: 34553 | Job Date: 11/21/2008 | Delivery: Normal
Billing Atty: Adrianne Leven Esq
Location: International Practice Group
1350 Columbia Street | Suite 500 | San Diego, CA 92101

PAID
DEC 2 9 2008
CK # 104443

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Alfonso Sanchez | Copy | | $522.15 |
| 2 | Jesus Toledo | Copy | | $539.40 |
| 3 | Sergio Hernandez | Copy | | $342.75 |
| Notes: | | | Invoice Total: | $1,404.30 |
| | | | Payment: | |
| | | | Credits: | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | Balance Due: | $1,404.30 |

TERMS   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

5251.0001

| | |
|---|---|
| **Bill To:** Adrianne Leven Esq | **Invoice #:**  NC52465 |
| Beatie & Osborn | **Invoice Date:**  12/08/2008 |
| 521 Fifth Avenue | **Balance Due:**  $ 1,331.85 |
| New York, NY 10175 | **Your Job #**  25,899 |
| | **Case  #:**  3:05-CV-2125JLS/CAB |

| | |
|---|---|
| **Case:**  Fernando Ruiz v. Affinity Logistics Corp | PAID |
| **Job #:**  34554  |  Job Date: 11/22/2008  |  Delivery:  Normal | DEC 2 9 2008 |
| **Billing Atty:**  Adrianne Leven Esq | Cu # 104443 |
| **Location:**  International Practice Group | |
| 1350 Columbia Street | Suite 500 | San Diego, CA 92101 | |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Gabriel Mejia | Copy | $463.50 |
| 2 | Jesus Guzman | Copy | $397.95 |
| 3 | Oscar Reyes | Copy | $470.40 |

| | |
|---|---|
| **Notes:** | **Invoice Total:**  $1,331.85 |
| | **Payment:** |
| | **Credits:** |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | **Balance Due:**  $1,331.85 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

BEATIE AND OSBORN LLP

521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

1-8
210   009

104443

CITIBANK®
CITIBANK, N.A.
460 PARK AVENUE
NEW YORK, NY 10022

PAY **TWO THOUSAND SEVEN HUNDRED THIRTY-SIX AND 15 / 100

| AMOUNT | DATE |
|---|---|
| $2,736.15 | 12/29/2008 |

TO THE
ORDER
OF

NATIONAL DEPO
P.O. BOX 404743
ATLANTA                    GA 30384-4743

David Osborn
Beatie

⑈104443⑈ ⑆021000089⑆ 21631923⑈

---

BEATIE AND OSBORN LLP    521 FIFTH AVENUE, 34th FLOOR    NEW YORK, NEW YORK 10175    CHECK No. - 0010104443

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| NC52464 | 12/8/2008 | NATIONAL DEPO | DEPOSITIONS OF ALFONSO SANCHEX, JESUS TOLEDO & SERGIO HERNANDEZ | 1,404.30 |
| NC52465 | 12/8/2008 | NATIONAL DEPO | DEPOSITIONS OF GABRIEL MEJIA, JESUS GUZMAN AND OSCAR REYES | 1,331.85 |



**HUDSON REPORTING & VIDEO, INC.**
124 WEST 30TH STREET
SUITE 214-216
NEW YORK, NY 10001
PHONE: 212-273-9911 FAX: 212-273-9915

BEATIE & OSBORN, LLP.
521 FIFTH AVENUE
34TH FLOOR, SUITE 3400
NEW YORK, NY 10175

ACCOUNTS PAYABLE

CHRISTOPHER MARINO, ESQ.
RUIZ vs AFFINITY LOGISTICS

*5251.0001*

| INVOICE NO. : | 11414 |
| INVOICE DATE: | 8/25/2006 |
| REPORTER: | |

ID# 13-4025036

| Date | Description | Amount |
|------|-------------|--------|
| 6/21/2006 | WIT: GREG INWOOD 118 PAGES | |
| | ORIGINAL + 1 | 560.50 |
| | APPEARANCE (CHICAGO, IL) | 110.00 |
| | CONDENSED TRANSCRIPT | |
| | ELECTRONIC TRANSCRIPT | |
| | COPY OF EXHIBITS | 3.85 |
| | ROUGH DRAFT | 177.00 |
| | DELIVERY | 25.00 |

| | |
|---|---|
| Sub Total | 876.35 |
| Paid | 0.00 |
| Balance Due | 876.35 |

**WE APPRECIATE YOUR BUSINESS**

**PAYMENT DUE UPON RECEIPT OF INVOICE**

PAID
JAN 0 9 2007
Ck # 103228

**HUDSON REPORTING & VIDEO, INC.**
124 WEST 30TH STREET
SUITE 214-216
NEW YORK, NY 10001
PHONE: 212-273-9911 FAX: 212-273-9915

BEATIE & OSBORN, LLP.
521 FIFTH AVENUE
34TH FLOOR, SUITE 3400
NEW YORK, NY 10175

ACCOUNTS PAYABLE

CHRISTOPHER MARINO, ESQ.
RUIZ vs AFFINITY LOGISTICS

*5251.0001*

INVOICE NO. : 11416
INVOICE DATE: 8/25/2006
REPORTER:

ID# 13-4025036

| Date | Description | Amount |
|------|-------------|--------|
| 6/22/2006 | WIT: CHRISTINA MIRANDA   111 PAGES | |
| | ORIGINAL + 1 | 527.25 |
| | APPEARANCE (CHICAGO, IL) | 110.00 |
| | CONDENSED TRANSCRIPT | |
| | ELECTRONIC TRANSCRIPT | |
| | COPY OF EXHIBITS | 25.90 |
| | ROUGH DRAFT | 166.50 |
| | DELIVERY | 25.00 |

| | |
|---|---|
| Sub Total | 854.65 |
| Paid | 0.00 |
| Balance Due | 854.65 |

WE APPRECIATE YOUR BUSINESS

PAYMENT DUE UPON RECEIPT OF INVOICE

PAID
JAN 0 9 2007
Ck #103228

BEATIE AND OSBORN LLP

521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

| | 1-8 |
|---|---|
| | 210 009 |

103228

PAY  **TWO THOUSAND SEVEN HUNDRED THIRTY-FIVE AND 40 / 100

TO THE
ORDER
OF

HUDSON REPORTING & VIDEO, INC.
124 WEST 30TH STREET
SUITE 214-216
NEW YORK                NY  10001

| AMOUNT | DATE |
|---|---|
| $2,735.40 | 01/09/2007 |

CITIBANK

CITIBANK, N.A.
400 PARK AVENUE
NEW YORK, NY 10022

Bruce M Osborn

Russell W. Beatie

⑆103228⑆ ⑈021000089⑈ 2463192 3⑆

---

BEATIE AND OSBORN LLP   521 FIFTH AVENUE, 34th FLOOR   NEW YORK, NEW YORK 10175   CHECK No. - 00103228   103228

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11600 | 9/12/2006 | HUDSON REPORTING & VIDEO, | Deposition Transcripts of Richard Katz, Christopher Ferner and Lori Elias on 08/17/06 | 859.40 |
| 11601 | 9/12/2006 | HUDSON REPORTING & VIDEO, | CAR SERVICE FOR COURT REPORTER TO GO TO SCRANTON, PA ON 08/17/06. | 145.00 |
| 11414/11416 | 1/8/2007 | HUDSON REPORTING & VIDEO | Depositions on 08/21/06 (Inwood) | 1,731.00 |

**HUDSON REPORTING & VIDEO, INC.**
**124 WEST 30TH STREET**
**SUITE 214-216**
**NEW YORK, NY 10001**
**PHONE: 212-273-9911 FAX: 212-273-9915**

BEATIE & OSBORN, LLP.
521 FIFTH AVENUE
34TH FLOOR, SUITE 3400
NEW YORK, NY 10175

ACCOUNTS PAYABLE
DANIEL A. OSBORN, ESQ.
RUIZ vs AFFINITY LOGISTICS

| INVOICE NO. : | 10967 |
|---|---|
| INVOICE DATE: | 7/02/2006 |
| REPORTER: | |

**ID#** 13-4025036

| Date | Description | Amount |
|---|---|---|
| 6/08/2006 | WIT: CHARLES HITT  41 PAGES | |
| | ORIGINAL + 1 | 225.50 |
| | APPEARANCE (ATLANTA, GA) | 70.00 |
| | CONDENSED TRANSCRIPT | |
| | ELECTRONIC TRANSCRIPT | |
| | E-TRANSCRIPT | |
| | COPY OF EXHIBITS | 1.05 |
| | DELIVERY | 25.00 |

| | |
|---|---|
| Sub Total | 321.55 |
| Paid | 0.00 |
| Balance Due | 321.55 |

**WE APPRECIATE YOUR BUSINESS**

**PAYMENT DUE UPON RECEIPT OF INVOICE**

5251,0001

**HUDSON REPORTING & VIDEO, INC.**
**124 WEST 30TH STREET**
**SUITE 214-216**
**NEW YORK, NY 10001**
**PHONE: 212-273-9911 FAX: 212-273-9915**

BEATIE & OSBORN, LLP.
521 FIFTH AVENUE
34TH FLOOR, SUITE 3400
NEW YORK, NY 10175

| | |
|---|---|
| INVOICE NO. : | 10969 |
| INVOICE DATE: | 7/02/2006 |
| REPORTER: | |

ACCOUNTS PAYABLE
DANIEL A. OSBORN, ESQ.
RUIZ vs AFFINITY LOGISTICS

**ID#** 13-4025036

| Date | Description | Amount |
|---|---|---|
| 6/26/2006 | WIT: BRENT HOUSE   55 PAGES | |
| | ORIGINAL + 1 | 495.00 |
| | APPEARANCE (SAN DIEGO, CA) | 110.00 |
| | CONDENSED TRANSCRIPT | |
| | ELECTRONIC TRANSCRIPT | |
| | E-TRANSCRIPT | |
| | DELIVERY | 25.00 |
| | ***RUSH DELIVERY*** | |

| | |
|---|---|
| Sub Total | 630.00 |
| Paid | 0.00 |
| Balance Due | 630.00 |

WE APPRECIATE YOUR BUSINESS

PAYMENT DUE UPON RECEIPT OF INVOICE

5251.0001

BEATIE AND OSBORN LLP

521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

CITIBANK◆
CITIBANK, N.A.
460 PARK AVENUE
NEW YORK, NY 10022

1-8
210  009

102873

PAY  **ONE THOUSAND TWO HUNDRED SEVENTY AND 55 / 100

AMOUNT
$1,270.55

DATE
08/10/2006

TO THE
ORDER
OF

HUDSON REPORTING & VIDEO, INC.
SUITE 214-216
124 WEST 30TH STREET
NEW YORK          NY  10001

Daniel Osborn
Nicholas Beatie

⑈10 2873⑈  ⑈0 210000089⑈  21 63 19 23⑈

---

BEATIE AND OSBORN LLP   521 FIFTH AVENUE, 34th FLOOR   NEW YORK, NEW YORK 10175

CHECK No. - 00102873

102873

PAY TO THE ORDER OF
HUDSON REPORTING & VIDEO,

VOUCHER DESCRIPTION
Deposition Transcripts

AMOUNT
1,270.55

| INV. NO. | INV. Date |
|---|---|
| 10965,10967,108/10/2006 | 1,270.55 |

# Huseby, Inc  Atlanta

An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

PAID

JAN 2 8 2000

Ck#103917

| | |
|---|---|
| **Bill To:** Daniel A Osborn Esq | **Invoice #:**  NC29787 |
| Beatie & Osborn | **Invoice Date:**  10/19/2007 |
| 521 Fifth Avenue | **Balance Due:**  $ 859.50 |
| New York, NY 10175 | |

**Case  #:**    305CV02125RCAB

**Case:**    Fernando Ruiz v. Affinity Logistics Corp   5 251. 0001
**Job #:**    19784   |  Job Date: 9/20/2007   |  Delivery:    Normal
**Billing Atty:** **Daniel A Osborn Esq**
**Location:**    Shulman Hodges & Bastian
    3750 University Avenue | Suite 670 | Riverside, CA 92501

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Danny Hansen | Transcript - Original & 1 copy | $859.50 |
| **Notes:** | | **Invoice Total:** | $859.50 |
| | | **Payment:** | |
| | | **Credits:** | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | **Balance Due:** | $859.50 |

TERMS:    Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
    Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**BEATIE AND OSBORN LLP**
521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

1-8
210    009

103917

**CITIBANK**
CITIBANK, N.A.
400 PARK AVENUE
NEW YORK, NY 10022

PAY **\*\*EIGHT HUNDRED FIFTY-NINE AND 50 / 100**

| AMOUNT | DATE |
|--------|------|
| $859.50 | 01/28/2008 |

TO THE
ORDER
OF

NATIONAL DEPO
P.O. BOX 404743
ATLANTA          GA  30384-4743

⑈103917⑈ ⑆021000089⑆ 246319123⑈

Daniel Osbn
Russo W. Beate

**BEATIE AND OSBORN LLP**    521 FIFTH AVENUE, 34th FLOOR    NEW YORK, NEW YORK 10175

CHECK No. - 00103917    103917

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|----------|-----------|---------------------|---------------------|--------|
| NC29787 | 10/19/2007 | NATIONAL DEPO | DEPOSITION OF DANIEL HANSEN | 859.50 |



**HUDSON REPORTING & VIDEO, INC.**
124 WEST 30TH STREET
SUITE 214-216
NEW YORK, NY 10001
PHONE: 212-273-9911 FAX: 212-273-9915

BEATIE & OSBORN, LLP.
521 FIFTH AVENUE
34TH FLOOR, SUITE 3400
NEW YORK, NY 10175

ACCOUNTS PAYABLE

DANIEL A. OSBORN, ESQ.
RUIZ vs AFFINITY LOGISTICS

*3751.0001*

INVOICE NO. :     12616
INVOICE DATE:    4/05/2007
REPORTER:

ID#  13-4025036

| Date | Description | Amount |
|------|-------------|--------|
| 3/16/2007 | WIT: JAMES HARRIS  102 PAGES | |
| | ORIGINAL + 1 | |
| | APPEARANCE (SAN DIEGO, CA) | 561.00 |
| | CONDENSED TRANSCRIPT | 90.00 |
| | ELECTRONIC TRANSCRIPT | |
| | COPY OF EXHIBITS | |
| | E-TRANSCRIPT | 13.65 |
| | KEY WORD INDEX | |
| | DELIVERY | |
| | | 25.00 |

Sub Total     689.65
Paid            0.00
Balance Due   689.65

WE APPRECIATE YOUR BUSINESS

PAYMENT DUE UPON RECEIPT OF INVOICE

PAID    .    PAID
AUG 0 3 2007    AUG 0 3 2007
Ck# 103612

**BEATIE AND OSBORN** LLP

521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

1-8
210   009

**103612**

PAY   **SIX HUNDRED EIGHTY-NINE AND 65 / 100

| AMOUNT | DATE |
|---|---|
| $689.65 | 08/03/2007 |

TO THE
ORDER
OF

HUDSON REPORTING & VIDEO, INC.
124 WEST 30TH STREET
SUITE 214-216
NEW YORK          NY  10001

CITIBANK
CITIBANK, N.A.
459 PARK AVENUE
NEW YORK, NY 10022

⑈103612⑈  ⑆021000089⑆  246319231⑈

---

**BEATIE AND OSBORN** LLP   521 FIFTH AVENUE, 34th FLOOR   NEW YORK, NEW YORK 10175

CHECK No. - 00103612

**103612**

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12616 | 8/1/2007 | HUDSON REPORTING & VIDEO, | DEPOSITION OF JAMES HARRIS | 689.65 |

**HUDSON REPORTING & VIDEO, INC.**
124 WEST 30TH STREET
SUITE 214-216
NEW YORK, NY 10001
PHONE: 212-273-9911 FAX: 212-273-9915

BEATIE & OSBORN, LLP.
521 FIFTH AVENUE
34TH FLOOR, SUITE 3400
NEW YORK, NY 10175

ACCOUNTS PAYABLE
DANIEL A. OSBORN, ESQ.
RUIZ vs AFFINITY LOGISTICS

**INVOICE NO. :** 13561
**INVOICE DATE:** 11/26/2007
**REPORTER:**

**ID#** 13-4025036

| Date | Description | Amount |
|------|-------------|--------|
| 11/19/2007 | WITNESS: ROBERT CRANDALL | |
| | ORIGINAL + COPY OF TRANSCRIPT | 1,045.50 |
| | APPEARANCE (LOS ANGELES, CA) | 105.00 |
| | CONDENSED TRANSCRIPT | |
| | ELECTRONIC TRANSCRIPT | |
| | COPY OF EXHIBITS | 37.10 |
| | E-TRANSCRIPT | |
| | KEY WORD INDEX | |
| | DELIVERY (INCLUDES SHIPPING FROM CA | 45.00 |
| | ***EXPEDITED DELIVERY*** | |

|  | Sub Total | 1,232.60 |
|--|-----------|----------|
|  | Paid | 0.00 |
|  | Balance Due | 1,232.60 |

**WE APPRECIATE YOUR BUSINESS**

**PAYMENT DUE UPON RECEIPT OF INVOICE**

PAID
JAN 2 8 2000
Ck #103891

**BEATIE AND OSBORN LLP**
521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

103891

1-8
210 009

PAY **ONE THOUSAND TWO HUNDRED THIRTY-TWO AND 60 / 100

| AMOUNT | DATE |
|---|---|
| $1,232.60 | 01/28/2008 |

TO THE
ORDER
OF

HUDSON REPORTING & VIDEO, INC.
124 WEST 30TH STREET
SUITE 214-216
NEW YORK          NY 10001

CITIBANK
CITIBANK, N.A.
460 PARK AVENUE
NEW YORK, NY 10022

⑈103891⑈ ⑆021000089⑆ 2163192 31⑈

Darrel Osborn

---

**BEATIE AND OSBORN LLP**   521 FIFTH AVENUE, 34th FLOOR    NEW YORK, NEW YORK 10175

103891

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | CHECK No. - 00103891 |
|---|---|---|---|---|
| | | | | AMOUNT |
| 13561 | 11/26/2007 | HUDSON REPORTING & VIDEO, | DEPOSITION OF ROBERT CRANDALL ON 11/91/07 | 1,232.60 |



# Huseby, Inc  Atlanta
An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

Bill To: Daniel A Osborn Esq
Beatie & Osborn
521 Fifth Avenue
New York, NY 10175

| Invoice #: | NC33748 |
| Invoice Date: | 01/08/2008 |
| Balance Due: | $ 375.70 |
| Your Job # | 166,464 |
| Case #: | 305CV2125JLSCAB |

Case: Fernando Ruiz v. Affinity Logistics Corp.
Job #: 22495  |  Job Date: 12/20/2007  |  Delivery: Normal
Billing Atty: Daniel A Osborn Esq
Location: Beatie and Osborn
521 Fifth Avenue, 34th Floor | New York, NY

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | William F Chandler | Copy | $375.70 |

| | |
|---|---|
| Invoice Total: | $375.70 |
| Payment: | |
| Credits: | |
| Balance Due: | $375.70 |

Notes:

Fed. Tax ID: 20-3132569            Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.



PAID
FEB 2 9 2008
Ck# 103959

Make check payable to:   **National Depo**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
_____

PRINT NAME (AS IT APPEARS ON CREDIT CARD)
_____

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC33748
Job #:  22495
Invoice Date: 01/08/2008

Balance : $ 375.70

BEATIE AND OSBORN LLP
521 FIFTH AVENUE, 34th FLOOR
NEW YORK, NEW YORK 10175

1-8
210   009

103959

PAY   **THREE HUNDRED SEVENTY-FIVE AND 70 / 100

AMOUNT          DATE
$375.70       02/29/2008

TO THE
ORDER
OF

NATIONAL DEPO
P.O. BOX 404743
ATLANTA          GA  30384-4743

CITIBANK
CITIBANK, N.A.
460 PARK AVENUE
NEW YORK, NY 10022

Daniel Osbn
Russell W. Beatta

⑆103959⑆  ⑉021000089⑆  2463192 3⑆

---

BEATIE AND OSBORN LLP   521 FIFTH AVENUE, 34th FLOOR   NEW YORK, NEW YORK 10175   CHECK No. - 001103959 103959

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|----------|-----------|---------------------|---------------------|--------|
| NC33748  | 1/8/2008  | NATIONAL DEPO       | TRANSCRIPT OF WILLIAM F. CHANDLER ON 12/20/07 | 375.70 |


(2025)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO: 00000608

**MAKE CHECKS PAYABLE TO:**

Daniel A. Osborn
Osborn Law PC
295 Madison Avenue
39th Floor
New York, NY 10017

Phone:

Gayle Wakefield, CRR, RPR
Official Court Reporter
5717 Spartan Drive
San Diego, CA 92115

Phone:     (619) 239-0652

gayle5@sbcglobal.net

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-08-2010 | DATE DELIVERED: |
|---|---|---|

**Case Style:** 05-CV-2125, Ruiz v Affinity
12/14/09, 12/15/09, 12/16/09 and 12/17/09 - trial

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 762 | 0.90 | 685.80 | | | | 685.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 685.80 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $685.80 |

PAID
MAR 25 2010
Ck # 554

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER - SEE BACK FOR DETAILS

**OSBORN LAW, P.C.**
295 Madison Avenue, 39th Floor
New York, New York 10017

**Capital**One® **Bank**
Capital One, N.A.

50-791/214

000554

VOID VOID

AMOUNT   $685.80   DATE   03/25/2010

**SIX HUNDRED EIGHTY-FIVE AND 80 / 100

GAYLE WAKEFIELD,CCR, RPR
5717 SPARTAN DRIVE
SAN DIEGO        CA    92115

VOID VOID

_Daniel Osborn_

⑈000554⑈ ⑆021407912⑆ ⑈07047201718⑈

---

SBORN LAW, P.C.

CHECK No. - 00000554 000554

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|----------|-----------|---------------------|---------------------|--------|
| 00000608 | 1/8/2010 | GAYLE WAKEFIELD,CCR, RPR | TRIAL TRANSCRIPTS ON 12/14-12/17/09 | 685.80 |

Check Total:                                    $685.80

SBORN LAW, P.C.

000554