# EXHIBIT B

ADRMOP, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:05-cv-02015-JSW
### Internal Use Only

Ruiz v. Affinity Logistics Corporation
Assigned to: Hon. Jeffrey S. White
Cause: 29:201 Fair Labor Standards Act

Date Filed: 05/17/2005
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Fernando Ruiz**
*individually and on behalf of all others similarly situated*

represented by **Daniel A Osborn**
521 Fifth Avenue
34th Floor
New York, NY 10175
212-888-9000
Fax: 212-888-9664
Email: dosborn@bandolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elic Anbar**
Law Offices of Elic Anbar
11770 Bernardo Plaza Court
Suite 453
San Diego, CA 92128
858-521-1160
Fax: 858-521-0884
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Affinity Logistics Corporation**

represented by **Daniel R. Barney**
Scopelitis Garvin Light & Hanson, PC
1850 M St NW, Suite 280
Washington, DC 20036-5804
202-783-5485
Fax: 202-783-9230
Email: dbarney@scopelitis.com
*ATTORNEY TO BE NOTICED*

**James H. Hanson**
Scopelitis, Garvin, Light & Hanson
10 W. Market Street
Suite 1500
Indianapolis, IN 46204
317-637-1777
Fax: 317-687-2414
Email: jhanson@scopelitis.com
*ATTORNEY TO BE NOTICED*

**Kathleen Collins Jeffries**
Scopelitis Garvin Light & Hanson, LLP
790 East Colorado Boulevard, 9th Floor

[handwritten certification stamp:]
I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
[signature]
Deputy Clerk
11-10-05

Pasadena, CA 91101
626-795-4700
Fax: 626-795-4790
Email: kjeffries@scopelitis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2005 | 1 | CLASS ACTION COMPLAINT against Affinity Logistics Corporation (Filing fee $ 250.00, receipt number 4411094.). Filed byFernando Ruiz. (gba, COURT STAFF) (Filed on 5/17/2005) Additional attachment(s) added on 5/23/2005 (gba, COURT STAFF). (Entered: 05/19/2005) |
| 05/17/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/9/2005. Case Management Conference set for 9/16/2005 01:30 PM. (Attachments: # 1 Standing Order CMC #1# 2 Standing Order #2)(gba, COURT STAFF) (Filed on 5/17/2005) (Entered: 05/19/2005) |
| 05/17/2005 |  | Summons Issued as to Affinity Logistics Corporation. (gba, COURT STAFF) (Filed on 5/17/2005) (Entered: 05/19/2005) |
| 05/17/2005 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 5/17/2005) (Entered: 05/19/2005) |
| 05/20/2005 | 3 | CLERK'S NOTICE TO PLAINTIFF RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by JUNE 3, 2005. (klh, COURT STAFF) (Filed on 5/20/2005) Additional attachment(s) added on 5/20/2005 (klh, COURT STAFF). (Entered: 05/20/2005) |
| 06/08/2005 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Fernando Ruiz. (Osborn, Daniel) (Filed on 6/8/2005) (Entered: 06/08/2005) |
| 06/08/2005 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 6/8/2005) (Entered: 06/08/2005) |
| 06/09/2005 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Jeffrey S. White for all further proceedings. Judge Joseph C. Spero no longer assigned to case. Signed by Executive Committee on 06/09/05. (mab, COURT STAFF) (Filed on 6/9/2005) (Entered: 06/09/2005) |
| 06/13/2005 | 7 | WAIVER OF SERVICE Returned Executed filed by Fernando Ruiz. Service waived by Affinity Logistics Corporation waiver sent on 5/23/2005, answer due 7/22/2005. (Osborn, Daniel) (Filed on 6/13/2005) (Entered: 06/13/2005) |
| 06/16/2005 | 8 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 10/7/2005 01:30 PM. Case Management Statement due by 9/30/2005.. Signed by Judge Jeffrey S. White on 6/15/05. (jjo, COURT STAFF) (Filed on 6/16/2005) (Entered: 06/16/2005) |
| 07/11/2005 | 11 | MOTION for leave to appear in Pro Hac Vice of Daniel R. Barney-fee paid #3374241 filed by Affinity Logistics Corporation. (hdj, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/11/2005 |  | Received Document re [11] (Proposed) Order MOTION for leave to appear in Pro Hac Vice by Affinity Logistics Corporation. (hdj, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/11/2005 | 12 | MOTION for leave to appear in Pro Hac Vice of James H. Hanson-fee paid #3374241 filed by Affinity Logistics Corporation. (hdj, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/11/2005 |  | Received Document (Proposed) Order re [12] MOTION for leave to appear in Pro Hac |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FERNANDO RUIZ, individually and )
on behalf of all others similarly situated, )
        Plaintiff )
)
vs )
)
AFFINITY LOGISTICS CORPORATION, )
)
        Defendant )
_____)

FILED
NOV 6 2009

Case No. 3:05-cv-2125 JLS (CAB)

PRO HAC VICE APPLICATION

Fernando Ruiz
Party Represented

I, __Adrianne Joy Leven__ hereby petition the above entitled court to permit me
    (Applicant)
to appear and participate in this case and in support of petition state:

My firm name: Osborn Law, P.C.
Street address: 295 Madison Avenue, 39th Floor
City, State, ZIP: New York, NY  10017
Phone number: (212) 725-9800

That on __October 7, 2008__ I was admitted to practice before __Southern District of New York__
                                                                                              (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have ☒ have not concurrently or within the year preceding this application made any pro hac
vice application to this court.

**(If previous application made, complete the following)**
Title of case _____

Case number _____ Date of application_____

Application  ☐ granted  ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Elic Anbar (CSB No. 122979)                  (760) 703-3710
(Name)                                       (Telephone)
Law Offices of Elic Anbar
(Firm)
P.O. Box 231176          Encnitas, CA                     92023
(Street)                 (City)                           (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

**RECEIVED**
NOV 03 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ $180.00 6879 DEPUTY

Received $180.00 for Court Library fee

_____ Deputy Clerk

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk _____ M. Zvers

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

| | OSBORN LAW, P.C.<br>295 Madison Avenue, 39th Floor<br>New York, New York 10017 | Capital One Bank<br>Capital One, N.A. | 50-791/214 | 000298 |

**VOID**

PAY **ONE HUNDRED EIGHTY AND XX / 100**

TO THE ORDER OF: UNITED STATES DISTRICT COURT CLERK

AMOUNT $180.00  DATE 10/27/2009

*Daniel Osborn*

⑈000298⑈ ⑆021407912⑆ ⑈070472017018⑈

---

**OSBORN LAW, P.C.**

CHECK No. - 000000298  000298

| INV. NO. | INV. Date | PAY TO THE ORDER OF | VOUCHER DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | 10/27/2009 | UNITED STATES DISTRICT COU | Pro Hac Vice application for A. Leven. | 180.00 |

Check Total: $180.00

**OSBORN LAW, P.C.**  000298

APPEAL,CLOSED,PROTO,REFER,SEALDC,TRIAL

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:05-cv-02125-JLS-KSC

Ruiz v. Affinity Logistics
Assigned to: Judge Janis L. Sammartino
Referred to: Magistrate Judge Karen S. Crawford
Demand: $0
Case in other court: Northern Dist of CA, 05CV2015-JSW
                         USCA, 06-56800
                         USCA, 10-55581
                         USCA, 12-56589
Cause: 29:201 Fair Labor Standards Act

Date Filed: 11/14/2005
Date Terminated: 08/27/2012
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

### Plaintiff

**Fernando Ruiz**      represented by   **Adrianne J. Leven**
Osborn Law PC
295 Madison Avenue
39th Floor
New York, NY 10017
(212)725-9800
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel A Osborn**
Osborn Law PC
295 Madison Avenue
39th Floor
New York, NY 10017
(212)725-9800
Fax: (212)725-9808
Email: dosborn@osbornlawpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elic Eliahu Anbar**
Law Offices of Elic E. Anbar
PO Box 231176
Encinitas, CA 92023
(760) 703-3710
Fax: (760) 301-8018

Email: elicanbar@anbarlaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Affinity Logistics Corporation**  represented by  **Adam C. Smedstad**
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street
Suite 600
Chicago, IL 60603
(312)255-7181
Fax: (312) 422-1224
Email: asmedstad@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R Barney**
Scopelitis Garvin Light Hanson & Feary
1850 M Street NW
Suite 280
Washington, DC 20036-5804
(202)783-9222
Fax: (202)783-9230
Email: dbarney@scopelitis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David D Robinson**
Scopelitis Garvin Light Hanson and Feary
10 West Market Street
Suite 1500
Indianapolis, IN 46204
(317)492-9252
Fax: (317)687-2414
Email: drobinson@scopelitis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H Hanson**
Scopelitis Garvin Light Hanson & Feary

10 West Market Street
Suite 1500
Indianapolis, IN 46204
(317) 637-1777
Fax: (317)687-2414
Email: jhanson@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen C Jeffries**
Scopelitis Garvin Light Hanson & Feary
2 North Lake Avenue
Suite 460
Pasadena, CA 91101
(626)795-4700
Fax: (626)795-4790
Email: kjeffries@scopelitis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2005 | 1 | Original file, certified copy of transfer order and docket sheet received from Northern Dist of CA referred to Magistrate Judge Nita L. Stormes; letter prepared (jpp) (Entered: 11/17/2005) |
| 11/21/2005 | 2 | Reply memrandum of law in support of certification of a collective action (rlr) (Entered: 11/21/2005) |
| 11/21/2005 | 3 | Consent to Join (rlr) (Entered: 11/21/2005) |
| 12/08/2005 | 4 | Transfer Order by Magistrate Judge Nita L. Stormes; Case referred to Magistrate Judge Cathy A. Bencivengo ; new case #05cv2125-R(CAB) (kaj) (Entered: 12/08/2005) |
| 12/22/2005 | 5 | Pro Hac Vice approved on behalf of defendant Affinity Logistics for James H Hanson (joeh) (Entered: 12/22/2005) |
| 12/22/2005 | 6 | Pro Hac Vice approved on behalf of defendant Affinity Logistics for Daniel R Barney (joeh) (Entered: 12/22/2005) |
| 01/24/2006 | 7 | Order re pending motions by Judge John S. Rhoades; for administrative reasons, the motion and amended motion filed prior to the transfer of this case are denied without prejudice to being re-filed in this district; prior to refiling, plas shall contact chambers and receive a hrg date from the law clerk; dft's opposition shall be filed three Mondays prior to the hrg date, and pla's reply shall be filed two Mondays prior to the hrg date (kaj) (Entered: 01/25/2006) |

| | | |
|---|---|---|
| | | James) (mtb). (Entered: 06/01/2012) |
| 06/04/2012 | 212 | ORDER Granting 211 Joint Motion to Modify Briefing Schedule. It is hereby ordered that both parties shall file their reply briefs by 6/14/2012. Signed by Judge Janis L. Sammartino on 6/4/2012. (All non-registered users served via U.S. Mail Service)(leh) (Entered: 06/04/2012) |
| 06/04/2012 | 213 | NOTICE *of caption error* by Affinity Logistics Corporation re 211 Joint MOTION for Extension of Time to File Response/Reply as to 206 Order on Motion for Extension of Time to File, (Hanson, James) Modified to remove duplicate text on 6/5/2012 (cge). (Entered: 06/04/2012) |
| 06/14/2012 | 214 | REPLY - Other re 209 Notice (Other) *Post-Trial Reply Brief* filed by Fernando Ruiz. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Osborn, Daniel) (mtb). (Entered: 06/14/2012) |
| 06/14/2012 | 215 | REPLY by Affinity Logistics Corporation re 210 Trial Brief *Response Brief* (Hanson, James) (mtb). (Entered: 06/14/2012) |
| 08/27/2012 | 216 | MEMORANDUM DECISION AND ORDER Following Remand Finding Plaintiff and Absent Class Members Properly Classified as Independent Contractors. The Court Finds in Favor of Defendant. Signed by Judge Janis L. Sammartino on 8/27/2012.(All non-registered users served via U.S. Mail Service)(jao) (av1). (Entered: 08/27/2012) |
| 08/27/2012 | 217 | CLERK'S JUDGMENT. IT IS SO ORDERED AND ADJUDGED that judgment is in favor of Affinity Logistics Corporation against Fernando Ruiz.(All non-registered users served via U.S. Mail Service)(jao) (av1). (Entered: 08/27/2012) |
| 08/29/2012 | 218 | NOTICE OF APPEAL as to 217 Clerk's Judgment, 216 Memorandum Decision and Order, by Fernando Ruiz. (Filing fee $ 455 receipt number 0974-5087736.) (Notice of Appeal electronically transmitted to US Court of Appeals.) (Attachments: # 1 Representation Statement)(Osborn, Daniel). Modified on 8/29/2012 to edit docket text re order being appealed. (akr). (Entered: 08/29/2012) |
| 08/29/2012 | 219 | USCA Case Number 12-56589 for 218 Notice of Appeal, filed by Fernando Ruiz. (akr) (Entered: 08/29/2012) |
| 08/29/2012 | 220 | USCA Time Schedule Order as to 218 Notice of Appeal, filed by Fernando Ruiz. (NOTICE TO PARTIES of deadlines regarding appellate transcripts: Appellant shall file transcript designation and ordering form with the US District Court (see attached), provide a copy of the form to the court reporter, and make payment arrangements with the court reporter on or by 9/28/2012 (see Ninth Circuit Rule 10-3.1); Due date for filing of transcripts in US District Court is 10/29/2012.) (cc: Court Reporter). (Attachments: # 1 Transcript Designation and Ordering Form). (akr) (Entered: 08/29/2012) |
| 09/10/2012 | 221 | BILL OF COSTS submitted by Defendant Affinity Logistics Corporation in the amount of $ 29893.56. Hearing set for 10/1/2012 at 10:00AM. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Notice of Bill of Costs, # 2 Memo of Points and Authorities in Supp. of Bill of Costs, # 3 Exhibit 1, Declaration in Supp. of Bill of Costs, # 4 Exhibit A to Declaration, # 5 Exhibit B to Declaration, # 6 Exhibit C to Declaration, # 7 Exhibit D to Declaration, # 8 Exhibit E to Declaration, # 9 Exhibit F to Declaration, # 10 Exhibit G to Declaration, # 11 Exhibit H to Declaration, # 12 Exhibit I to Declaration, # 13 Exhibit 2, Excerpt of Trial Transcript)(Hanson, James) (jao). (Entered: 09/10/2012) |
| 09/13/2012 | 222 | NOTICE of Hearing: A Bill of Costs 221 was filed by Affinity Logistics Corporation scheduling a hearing set for 10/1/2012 at 10:00AM. Any opposition or responsive pleading is to be filed and served by 9/27/2012. All parties requesting to appear telephonically for this Bill of Costs hearing are directed to join on a conference call, then contact L. Barkins 619-557-6416 at the time of the hearing. (All non-registered users served via U.S. Mail Service)(no document attached) (llb) (Entered: 09/13/2012) |
| 09/27/2012 | 223 | Objection to Bill of Costs re 222 Notice of Hearing - Bill of Costs, 221 Bill of Costs,, filed by Fernando Ruiz. (Osborn, Daniel) (jao). (Entered: 09/27/2012) |
| 09/28/2012 | 224 | TRANSCRIPT DESIGNATION AND ORDERING FORM by Fernando Ruiz for proceedings held on 12/14/09, 12/15/09, 12/16/09, 12/17/09 re 218 Notice of Appeal to 9th Circuit. (Osborn, Daniel). (akr). (Entered: 09/28/2012) |
| 10/15/2012 | 225 | BILL OF COSTS submitted *(supplemental)* by Defendant Affinity Logistics Corporation in the amount of $ 28718.15. Hearing set for 10/1/2012 at 10:00AM. (Attachments: # 1 Exhibit A, Declaration of James H. Hanson, # 2 Exhibit J, Huseby invoices, # 3 Exhibit K, Hit credit card expenses, # 4 Exhibit L, Hit airline expense, # 5 Exhibit M, exhibit page summaries, # 6 Exhibit N, exhibit page summaries, # 7 Exhibit O, amended total of costs)(Hanson, James) (jao). (Entered: 10/15/2012) |
| 10/22/2012 | 226 | Objection to Bill of Costs re 225 Bill of Costs, 221 Bill of Costs,, filed by Fernando Ruiz. (Osborn, Daniel) (jao). (Entered: 10/22/2012) |
| 11/05/2012 | 227 | BILL OF COSTS submitted *(Reply to Supplemental Opposition)* by Defendant Affinity Logistics Corporation in the amount of $ 29893.56. Hearing set for 10/1/2012 at 10:00AM. (Attachments: # 1 Exhibit 1, Declaration of James H. Hanson, # 2 Exhibit A to Hanson Dec. (Settlement Reports), # 3 Exhibit B to Hanson Dec. (Atkinson-Baker calendar), # 4 Exhibit C to Hanson Dec. (letter to D. Osborn), # 5 Exhibit D to Hanson Dec. (Record of failure to appear), # 6 Exhibit 2 to Reply (12-14-09 transcript excerpt))(Hanson, James) (jao). (Entered: 11/05/2012) |
| 04/28/2013 | 228 | Costs Taxed in amount of $16,362.71 against plaintiff (All non-registered users served via U.S. Mail Service)(llb) (Entered: 04/28/2013) |
| 05/06/2013 | 229 | MOTION for Taxation of Costs by Affinity Logistics Corporation. (Attachments: # 1 Memo of Points and Authorities)(Hanson, James) (jao). (Entered: 05/06/2013) |

| | | |
|---|---|---|
| 06/07/2013 | 230 | ORDER Vacating Hearing re 229 MOTION for Taxation of Costs . The motion hearing set for June 13, 2013 is hereby vacated and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).Signed by Judge Janis L. Sammartino on 6/7/2013.(All non-registered users served via U.S. Mail Service)(jao)(jrd) (Entered: 06/07/2013) |
| 11/13/2013 | 231 | ORDER Granting 229 Unopposed Motion to Re-Tax Costs. Costs taxed in the amount of $ 23,094.91 against Plaintiff. Signed by Judge Janis L. Sammartino on 11/13/2013. (All non-registered users served via U.S. Mail Service)(jao) (jrl). (Entered: 11/13/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/30/2014 10:36:05 | | | |
| PACER Login: | bk0092 | Client Code: | affinity |
| Description: | Docket Report | Search Criteria: | 3:05-cv-02125-JLS-KSC |
| Billable Pages: | 21 | Cost: | 2.10 |

Lisa Noonan
───────────────────────────────────────────────────────────

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Wednesday, August 29, 2012 12:33 PM
**To:** Lisa Noonan
**Subject:** Pay.gov Payment Confirmation: CASD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: CASD CM ECF
Pay.gov Tracking ID: 257R0205
Agency Tracking ID: 0974-5087646
Transaction Type: Sale
Transaction Date: Aug 29, 2012 12:33:23 PM

Account Holder Name: Daniel Osborn
Transaction Amount: $455.00
Billing Address: 295 Madison Avenue
City: New York
State/Province: NY
Zip/Postal Code: 10017
Country: USA
Card Type: MasterCard
Card Number: ************6007


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.